ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
E. MATTHEW FREEMAN
Nevada Bar No. 14198
Matt.Freeman@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendants*

NORTH LAS VEGAS CITY ATTORNEY
MICAELA RUSTIA MOORE
Nevada Bar No. 9676
City Attorney
moorem@cityofnorthlasvegas.com
NOEL E. EIDSMORE
Nevada Bar No. 7688
Chief Deputy City Attorney
eidsmoren@cityofnorthlasvegas.com
2250 Las Vegas Blvd. North, Suite 810
North Las Vegas, Nevada 89030
702 633.1050
FAX: 702.649.8879
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

***

| | |
|---|---|
| ASHLEY RICE, individually and as special administrator of the estate of ROBERT WENMAN;<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY OF NORTH LAS VEGAS; CITY OF NORTH LAS VEGAS POLICE DEPARTMENT; ROBERT JAMESON, individually; DOES 1-10, inclusive,<br><br>    Defendants. | CASE NO. 2:20-CV-1542-JCM-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**[SIXTH REQUEST]** |

4862-1954-3849.1

**STIPULATION AND ORDER TO EXTEND DISCOVERY**

**DEADLINES -[SIXTH REQUEST]**

Pursuant to LR 6-1 and LR 26-3, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend discovery in the above-captioned case ~~ninety-one (91) days,~~ (60) up to and including ~~Monday, August 22, 2022~~ October 21, 2022. In addition, the parties request that the all other future deadlines contemplated by the Discovery Plan and Scheduling Order be extended pursuant to Local Rule.  In support of this Stipulation and Request, the parties state as follows:

1. On August 20, 2020 Plaintiff filed her Complaint in the United States District Court.

2. On October 26, 2020, Defendant filed its Answer to the Complaint.

3. Plaintiff served her Initial and Supplemental Document and Witness Disclosures on November 18, 2020.

4. Defendant served its Initial Document and Witness Disclosures on November 18, 2020.

5. On December 23, 2020 Plaintiff served written discovery on Defendants. Defendants' served their responses on April 5, 2021.

6. On January 20, 2021, Robert W. Freeman, Esq. filed his Notice of Association of Counsel.

7. On January 22, 2021 Plaintiffs filed their First Amended Complaint.  Defendants filed their Answer on April 19, 2021.

8. On April 5, 2021, Defendants served their First Supplement to Document and Witness Disclosures.

9. On May 10, 2021, Plaintiff served her second set of written discovery on all Defendants.  Defendants served responses to written discovery to Defendant Jameson on July 23, 2021.  The remaining Defendants' responses are due on August 6, 2021.

10. On May 27, 2021 Defendants' served written discovery on the plaintiff.  The



4862-1954-3849.1   2

|  |  |  |
|---|---|---|
| 1 |  | responses were served on July 9, 2021. |
| 2 | 11. | On June 2, 2021, Plaintiff served her third set of written discovery on Defendants. |
| 3 |  | Defendants' responses are due on August 6, 2021. |
| 4 | 12. | On June 25, 2021, Defendants served their Second Supplement to Document and |
| 5 |  | Witness Disclosures. |
| 6 | 13. | On July 9, 2021 Plaintiffs' served their Third Supplemental Disclosures Pursuant to |
| 7 |  | FED. R. CIV. P. Rule 26(a)(1)(A). |
| 8 | 14. | On July 23, 2021, Defendant Jameson served his responses to written discovery. |
| 9 | 15. | On August 5, 2021, Defendant Brucken served his responses to written discovery. |
| 10 | 16. | On August 5, 2021, Defendant Skyler Lee served his responses to written |
| 11 |  | discovery. |
| 12 | 17. | On August 5, 2021, Defendant Jason Lawrence served his responses to written |
| 13 |  | discovery. |
| 14 | 18. | On August 5, 2021, Defendant Mark Suranowitz served his responses to written |
| 15 |  | discovery. |
| 16 | 19. | On August 5, 2021, Defendant Ann Taylor served her responses to written |
| 17 |  | discovery. |
| 18 | 20. | On August 6, 2021, Defendant North Las Vegas Police Department served its |
| 19 |  | responses to Plaintiff's Second, Third and Fourth Requests for written discovery. |
| 20 |  | Defendant City of North Las Vegas served its responses on November 29, 2021. |
| 21 | 21. | On August 10, 2021, Defendants served their Third Supplement to Document and |
| 22 |  | Witness Disclosures. |
| 23 | 22. | On September 10, 2021, Plaintiff served her Fifth request for production of |
| 24 |  | documents on Defendant City of North Las Vegas. Defendant City of North Las |
| 25 |  | Vegas served its responses on November 29, 2021. |
| 26 | 23. | On October 25, 2021, all of the Defendants served supplemental responses to |
| 27 |  | written discovery. |
| 28 | 24. | On October 26, 2021, Plaintiff served her fifth and sixth set of discovery requests. |

| | | |
|---|---|---|
| 25. | On November 29, 2022, Defendants served their fourth supplement to 26.1 Disclosures. |
| 26. | On December 2, 2021, Plaintiff's served her seventh set of discovery requests on Defendant. |
| 27. | On February 18, 2022, Plaintiff took the deposition of Robert Jameson. |
| 28. | On April 14, 2022, Plaintiff took the deposition of Ann Taylor. |
| 29. | On April 20, 2022, Plaintiff took the deposition of Jason Lawrence. |
| 30. | On May 4, 2022, Defendants served their fifth supplement to 26.1 disclosures. |
| 31. | On May 27, 2022, Defendant took the deposition of Plaintiff. |
| 32. | On June 1, 2022, Defendant took the deposition of Gloria Johnson. |

**DISCOVERY REMAINING**

1. The deposition of Jim Hudson is scheduled on July 29, 2022.
2. The parties may take the depositions of the designated experts.
3. The parties may take the depositions of any and all other witnesses garnered through discovery.

### WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED

The parties aver, pursuant to Local Rule 26-3, that good cause exists for the following requested extension. This Request for an extension of time is not sought for any improper purpose or other purpose of delay. Rather, it is sought by the parties solely for the purpose of allowing sufficient time to conduct discovery.

The parties seek additional time to complete discovery for several reasons, including but not limited to the fact that this is a complex matter involving claims of wrongful death, violations of the fourth and fourteenth amendments, among other claims.

Counsel for Defendant is currently preparing for trial in *Clark, Christopher v. State Farm Mutual Automobile Insurance Company*, Eighth Judicial District Court Case No. A-19-804435-C. The trial is expected to last two weeks. In addition, the parties have scheduled the deposition of Detective Jim Hudson twice, however, due to counsel's respective illness this deposition has not gone forward. The deposition is now scheduled to go forward on July 29, 2022.

The reasons for this request are not for an improper purpose or for the purpose of delay.

<u>Extension or Modification of The Discovery Plan and Scheduling Order</u>.  LR 26-3 governs modifications or extension of the Discovery Plan and Scheduling Order.  Any stipulation or motion to extend or modify that Discovery Plan and Scheduling Order must be made no later than twenty-one (21) days before the expiration of the subject deadline and must comply fully with LR 26-3.

This is the sixth request for extension of time in this matter.  The parties respectfully submit that the reasons set forth above constitute compelling reasons for the short extension.

The following is a list of the current discovery deadlines and the parties' proposed extended deadlines:

| Scheduled Event | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Discovery Cut-off | *Monday, August 22, 2022* | *Friday, October 21, 2022* |
| Deadline to Amend Pleadings or Add Parties | *Closed* | *Closed* |
| Expert Disclosure pursuant to FRCP26 (a)(2) | *Thursday, June 23, 2022* | *Thursday, June 23, 2022* |
| Rebuttal Expert Disclosure pursuant to FRCP. 26(a)(2) | *Friday, July 22, 2022* | *Friday, July 22, 2022* |
| Dispositive Motions | *Wednesday, September 21, 2022* | *Monday, November 21, 2022* |
| Joint Pretrial Order | *Friday, October 21, 2022* | *Tuesday, December 20, 2022* |

…

…

…

…

…

…

…

4862-1954-3849.1

5

WHEREFORE, the parties respectfully request that this Court extend the discovery period by sixty (60) days from the current deadline of August 22, 2022 up to and including October 21, 2022, and the other dates as outlined in accordance with the table above.

DATED this 20th day of July, 2022.

LEWIS BRISBOIS BISGAARD & SMITH

/s/ Robert W. Freeman
Robert W. Freeman, Esq.
Nevada Bar No. 3062
E. Matthew Freeman, Esq.
Nevada Bar No. 14198
6385 S. Rainbow Blvd, Suite 600
Las Vegas, Nevada 89118
*Attorney for Defendants*

DATED this 20th day of July, 2022.

PETER GOLDSTEIN LAW CORP

/s/ Peter Goldstein
Peter Goldstein, Esq.
Nevada Bar No. 6992
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
*Attorney for Plaintiff*

**ORDER**

**IT IS SO ORDERED:**

DATED this 21st day of July, 2022.

_____
UNITED STATES MAGISTRATE JUDGE