Peter Goldstein [SBN 6992]
PETER GOLDSTEIN LAW CORP
peter@petergoldsteinlaw.com
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone:    (702) 474-6400
Facsimile:    (888) 400-8799

*Attorney for Plaintiff*
*ASHLEY RICE, individually and as special*
*Administrator of the estate of ROBERT WENMAN*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA (LAS VEGAS)**

| | |
|---|---|
| ASHLEY RICE, individually and as special administrator of the estate of ROBERT WENMAN;<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF NORTH LAS VEGAS (CNLV); ROBERT JAMESON, IN HIS INDIVIDUAL CAPACITY; SKYLER LEE, IN HIS OFFICIAL CAPACITY; JASON LAWRENCE, IN HIS INDIVIDUAL CAPACITY; BARNEY BRUCKEN, IN HIS INDIVIDUAL CAPACITY; ANN TAYLOR, IN HER INDIVIDUAL CAPACITY; MARK SURANOWITZ, IN HIS INDIVIDUAL CAPACITY; AND DOES 6-10.<br><br>Defendants. | Case No. 2:20-cv-01542-JCM-DJA<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR THE FILING OF PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [42]** |

Plaintiff, ASHLEY RICE, individually and as Special Administrator of the estate of ROBERT WENMAN and Defendants CITY OF NORTH LAS VEGAS, et al. (collectively hereinafter the "PARTIES"), by and through their counsel of record, hereby stipulate and agree as follows:

The due date for the Plaintiff's Response to Defendants' Motion for Summary Judgment (ECF No. 42) shall be extended from December 12, 2022 to January 16, 2023.

…

…

4858-1410-4384.1   1

**REASON FOR EXTENSION**

Due to the complexity of the issues, the amount of video evidence, and the upcoming holiday seasons, the PARTIES hereby agree to allow Plaintiffs an additional 35 days to file their Response to Defendants' Motion for Summary Judgement.

IT IS SO STIPULATED.

DATED: November 29, 2022   PETER GOLDSTEIN LAW CORP

By: /s/ Peter Goldstein
PETER GOLDSTEIN
Attorneys for Plaintiff
*ASHLEY RICE, individually and as special administrator of the estate of ROBERT WENMAN*

DATED: November 29, 2022

By: /s/ Robert Freeman
Robert W. Freeman, Esq.
*Attorney for Defendants*
*City of North Las Vegas, Robert Jameson, Skyler Lee, Jason Lawrence, Barney Brucken, Ann Taylor, and Mark Suranowitz*

DATED: November 29, 2022

By: /s/ Noel E. Eidsmore
Noel E. Eidsmore, Esq
*Attorney for Defendants*
*City of North Las Vegas, Robert Jameson, Skyler Lee, Jason Lawrence, Barney Brucken, Ann Taylor, and Mark Suranowitz*

IT IS SO ORDERED

DATED  December 5, 2022.

UNITED STATES DISTRICT COURT JUDGE