ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
E. MATTHEW FREEMAN
Nevada Bar No. 14198
Matt.Freeman@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

***

| | |
|---|---|
| ASHLEY RICE, individually and as special administrator of the estate of ROBERT WENMAN;<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF NORTH LAS VEGAS; CITY OF NORTH LAS VEGAS POLICE DEPARTMENT; ROBERT JAMESON, individually; DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. 2:20-CV-1542-JCM-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE REPLY TO PLAINTIFF'S RESPONSE (ECF No. 48) TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF No. 42)**<br><br>**(FIRST REQUEST)** |

Plaintiff Ashley Rice, individually and as special administrator of the estate of Robert Wenman ("Plaintiff"), by and through her undersigned counsel of record, and Defendants City of North Las Vegas, City of North Las Vegas Police Department and Robert Jameson ("Defendants"), by and through their undersigned counsel of record, hereby stipulate and agree, subject to the Court's approval, as follows:

1. On November 21, 2022, Defendants filed a Motion for Summary Judgment Pursuant to FRCP 56(d) (ECF No. 42);

2. By stipulation and order, the deadline for Plaintiff's Response was extended from December 12, 2022 to January 16, 2023, (ECF 45). The deadline for Defendant's Reply in

4866-6021-6653.1

support of its Motion was extended to January 30, 2023.  Plaintiff timely filed her Response (ECF No. 48) on January 16, 2023.

3. Due to the complexity of the issues, and the amount of video evidence, Defendants require additional time to file its reply brief, through and including March 1, 2023.

The parties to this action are not making this request for the purpose of unduly delaying the trial in this matter.  This is the first stipulation for extension of time to file Defendant's Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment Pursuant to FRCP 56(d).

DATED this 27th day of January, 2023.

LEWIS BRISBOIS BISGAARD & SMITH

/s/ Robert W. Freeman
Robert W. Freeman, Esq.
Nevada Bar No. 3062
E. Matthew Freeman, Esq.
Nevada Bar No. 14198
6385 S. Rainbow Blvd, Suite 600
Las Vegas, Nevada 89118
*Attorney for Defendants*

DATED this 27th day of January, 2023.

PETER GOLDSTEIN LAW CORP

/s/ Peter Goldstein
Peter Goldstein, Esq.
Nevada Bar No. 6992
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
*Attorney for Plaintiff*

**ORDER**

**IT IS SO ORDERED:**

Dated this 30th day of January, 2023.

_____
UNITED STATES DISTRICT COURT JUDGE

4866-6021-6653.1                      2