ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
E. MATTHEW FREEMAN
Nevada Bar No. 14198
Matt.Freeman@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA, SOUTHERN DIVISION**

\*\*\*

| | |
|---|---|
| ASHLEY RICE, individually and as special administrator of the estate of ROBERT WENMAN;<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF NORTH LAS VEGAS; CITY OF NORTH LAS VEGAS POLICE DEPARTMENT; ROBERT JAMESON, individually; DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. 2:20-CV-1542-JCM-DJA<br><br>~~PROPOSED~~ **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSE TO PLAINTIFF'S MOTION TO FILE DOCUMENTS TEMPORARILY UNDER SEAL; REQUEST TO UNSEAL, PURSUANT TO PROTECTIVE ORDER (ECF 27) AND LOCAL RULE 10-5 (<u>FILED UNDER SEAL</u>)**<br><br>**(SECOND REQUEST)** |

Plaintiff Ashley Rice, individually and as special administrator of the estate of Robert Wenman ("Plaintiff"), by and through her undersigned counsel of record, and Defendants City of North Las Vegas, City of North Las Vegas Police Department and Robert Jameson ("Defendants"), by and through their undersigned counsel of record, hereby stipulate and agree, subject to the Court's approval, as follows:

On January 16, 2023, Plaintiff filed a Motion to File Documents Temporarily Under Seal; Request to Unseal, Pursuant to Protective Order (ECF 27) and Local Rule 10-5. Plaintiff Filed her Motion to Seal, Under Seal;

Due to the complexity of the issues, Defendants require additional time to file its response,

90748687.1

through and including March 15, 2023.

The parties to this action are not making this request for the purpose of unduly delaying the trial in this matter. This is the second stipulation for extension of time to file Defendant's response to Plaintiff's Motion to File Documents Temporarily Under Seal; Request to Unseal, Pursuant to Protective Order (ECF 27) and Local Rule 10-5.

| | |
|---|---|
| DATED this 24th day of February, 2023. | DATED this 24th day of February, 2023. |
| LEWIS BRISBOIS BISGAARD & SMITH | PETER GOLDSTEIN LAW CORP |
| /s/ Robert W. Freeman | /s/ Peter Goldstein |
| Robert W. Freeman, Esq. | Peter Goldstein, Esq. |
| Nevada Bar No. 3062 | Nevada Bar No. 6992 |
| E. Matthew Freeman, Esq. | 10161 Park Run Drive, Suite 150 |
| Nevada Bar No. 14198 | Las Vegas, Nevada 89145 |
| 6385 S. Rainbow Blvd, Suite 600 | *Attorney for Plaintiff* |
| Las Vegas, Nevada 89118 | |
| *Attorney for Defendants* | |

**ORDER**

**IT IS SO ORDERED:**

DATED this 27th day of February 2023.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE