1 ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
E. MATTHEW FREEMAN
Nevada Bar No. 14198
Matt.Freeman@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA, SOUTHERN DIVISION**

\*\*\*

| | |
|---|---|
| ASHLEY RICE, individually and as special administrator of the estate of ROBERT WENMAN;<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF NORTH LAS VEGAS; CITY OF NORTH LAS VEGAS POLICE DEPARTMENT; ROBERT JAMESON, individually; DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. 2:20-CV-1542-JCM-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE REPLY TO PLAINTIFF'S RESPONSE (ECF No. 66) TO DEFENDANT'S MOTION TO EXCEED PAGE LIMITS IN THE REPLY (ECF No. 64)**<br><br>**(FIRST REQUEST)** |

Plaintiff Ashley Rice, individually and as special administrator of the estate of Robert Wenman ("Plaintiff"), by and through her undersigned counsel of record, and Defendants City of North Las Vegas, City of North Las Vegas Police Department and Robert Jameson ("Defendants"), by and through their undersigned counsel of record, hereby stipulate and agree, subject to the Court's approval, as follows:

1. On March 15, 2023, Defendants filed a Motion for Leave to Exceed Twenty (20) Page Limit for their Reply in Support of their Motion for Summary Judgment (ECF No. 64);

2. Plaintiff filed her Response on March 22, 2023, (ECF No. 66). The deadline for Defendant's Reply in Support of its Motion is March 29, 2023.

92597979.1

3. Due to the fact that Defendants' Reply brief is intrinsically intertwined with Defendant's Opposition to Plaintiff's Motion to Strike (ECF 66), which is due on April 5, 2023, Defendants require additional time to file its reply brief, through and including April 5, 2023.

The parties to this action are not making this request for the purpose of unduly delaying the trial in this matter. This is the first stipulation for extension of time to file Defendant's Reply in Support of their Motion for Leave to Exceed Twenty (20) Page Limit for their Reply in Support of their Motion for Summary Judgment.

DATED this 29th day of March, 2023.

LEWIS BRISBOIS BISGAARD & SMITH

/s/ Robert W. Freeman
Robert W. Freeman, Esq.
Nevada Bar No. 3062
E. Matthew Freeman, Esq.
Nevada Bar No. 14198
6385 S. Rainbow Blvd, Suite 600
Las Vegas, Nevada 89118
*Attorney for Defendants*

DATED this 29th day of March, 2023.

PETER GOLDSTEIN LAW CORP

/s/ Peter Goldstein
Peter Goldstein, Esq.
Nevada Bar No. 6992
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
*Attorney for Plaintiff*

**ORDER**

IT IS SO ORDERED:

Dated March 29, 2023.

_____
UNITED STATES DISTRICT COURT JUDGE

92597979.1

2