Peter Goldstein [SBN 6992]
PETER GOLDSTEIN LAW CORP
peter@petergoldsteinlaw.com
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone:  (702) 474-6400
Facsimile:  (888) 400-8799

*Attorney for Plaintiffs*
*ASHLEY RICE, individually and as special*
*Administrator of the estate of ROBERT WENMAN*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA (LAS VEGAS)**

| | |
|---|---|
| ASHLEY RICE, individually and as special administrator of the estate of ROBERT WENMAN;<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF NORTH LAS VEGAS (CNLV); ROBERT JAMESON, IN HIS INDIVIDUAL CAPACITY; SKYLER LEE, IN HIS OFFICIAL CAPACITY; JASON LAWRENCE, IN HIS INDIVIDUAL CAPACITY; BARNEY BRUCKEN, IN HIS INDIVIDUAL CAPACITY; ANN TAYLOR, IN HER INDIVIDUAL CAPACITY; MARK SURANOWITZ, IN HIS INDIVIDUAL CAPACITY; AND DOES 6-10.<br><br>Defendants. | Case No. 2:20-cv-01542-JCM-DJA<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR THE FILING OF PLAINTIFFS' REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO STRIKE PORTIONS OF DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT [70]** |

Plaintiffs, ASHLEY RICE, individually and as Special Administrator of the estate of ROBERT WENMAN and Defendants CITY OF NORTH LAS VEGAS, et al. (collectively hereinafter the "PARTIES"), by and through their counsel of record, hereby stipulate and agree as follows:

The due date for the Plaintiffs' Reply to Defendants' Opposition to Plaintiffs' Motion To Strike Portions of Defendants' Reply in Support of Motion For Summary Judgment (ECF No. 70) shall be extended from April 12, 2023 to April 19, 2023.

//

4858-1410-4384.1   1

**REASON FOR EXTENSION**

Due to the recent holidays the PARTIES hereby agree to allow Plaintiffs an additional 7 days to file their Reply to Defendants' Opposition to Plaintiffs' Motion To Strike Portions of Defendants' Reply in Support of Motion For Summary Judgment.

IT IS SO STIPULATED.

DATED: April 10, 2023          PETER GOLDSTEIN LAW CORP

                               By: /s/ Peter Goldstein
                                   PETER GOLDSTEIN
                                   Attorneys for Plaintiffs
                                   *ASHLEY RICE, individually and as special administrator of the estate of ROBERT WENMAN*

DATED: April 10, 2023

                               By: /s/ Robert Freeman
                                   Robert W. Freeman, Esq.
                                   *Attorney for Defendants*
                                   *City of North Las Vegas, Robert Jameson, Skyler Lee, Jason Lawrence, Barney Brucken, Ann Taylor, and Mark Suranowitz*

IT IS SO ORDERED

DATED April 12, 2023.

_____
UNITED STATES DISTRICT COURT JUDGE